# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHERYL WARNER | § |
|  | § Civil Action No. 4:18-CV-317 |
| v. | § (Judge Mazzant/Judge Nowak) |
|  | § |
| COMMISSIONER, SSA | § |
|  | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #22) and Commissioner's Response (Dkt. #24), wherein Commissioner does not object to the requested fee, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #22) is **GRANTED**, and the Commissioner is directed to pay four thousand, eight hundred ten dollars and fifty-three cents ($4,810.53) in attorney's fees; Plaintiff is further entitled to reimbursement of four hundred dollars ($400.00) as reasonable costs to be paid out of the Judgment Fund. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 7th day of January, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE