# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHERYL WARNER | § |
| | §  Civil Action No.  4:18-CV-317 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2021, the report of the Magistrate Judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for and Memorandum in Support of Award of Attorney Fees under 406(b) of the Social Security Act (Dkt. #26) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's § 406(b) Motion (Dkt. #26) is **GRANTED**. Plaintiff's attorney is awarded a fee in the amount of fourteen thousand seven hundred seventy-two dollars ($14,772.00), to be paid from Plaintiff's past due benefits being withheld by the Commissioner for attorney fees.  Upon receipt of such payment, Plaintiff's attorney shall refund to Plaintiff the EAJA award previously granted in this cause.

**IT IS SO ORDERED**.

SIGNED this 16th day of June, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE